429 A.2d 99

Quarles v. McKethean, Appellant.

Argued March 21, 1979. Julian B. P. Brereton, for appellant; Richard A. McDaniel, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.